[No. 6983–1. Division One. December 17, 1979.]

EDITH A. SCHRANTZ, *Appellant*. v. STEVEN R. SCHRANTZ, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. D–47725, Edward E. Henry, J. Pro Tem., entered August 31, 1978. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson, A.C.J., and Dore, J.

[No. 7077–1. Division One. December 17, 1979.]

*In the Matter of the Marriage of* EUGENE A. ARMONT, *Appellant, and* WILMA L. ARMONT, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D–103443, Oluf Johnsen, J. Pro Tem., entered October 5, 1978. *Affirmed* by unpublished per curiam opinion.

[No. 7399–1. Division One. December 17, 1979.]

LLOYD HARRISON, *Appellant,* v. CRESCENT REALTY, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 266026, William L. Brown, Jr., J., entered November 22, 1978. *Affirmed* by unpublished opinion per Dore, J., concurred in by Callow, C.J., and James, J.

[No. 3744–2. Division Two. December 18, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES MICHAEL OLSON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 78–1–00044–2, Jay W. Hamilton, J., entered September 6, 1978. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, A.C.J., and Soule, J.